UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER GUTSHALL,

        Plaintiffs : 21 Civ. 5717 (LGS)

  -against-       : <u>ORDER</u>

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION, et al.,

        Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order dated September 17, 2021, required Capital One to file a letter in response to Plaintiff's statement on page one of the letter at Dkt. No. 12 by September 23, 2021;

  WHEREAS, Capital One failed to submit the response letter;

  WHEREAS, Capital One has been dismissed as a party.  It is hereby

  **ORDERED** that, by **October 11, 2021**, Capital One shall file the response letter.  It is further

  **ORDERED** that, by **October 7, 2021**, Plaintiff shall send a copy of this Order to Capital One.

Dated: October 5, 2021
   New York, New York

                  LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE