UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHRISTOPHER GUTSHALL,

                    Plaintiff,

            -against-

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION, et al.,

                    Defendants.
------------------------------------------------------------- X

21 Civ. 5717 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 17, 2021, Capital One Bank, (USA), National Association was voluntarily dismissed from the case;

    WHEREAS, TransUnion, LLC is the only remaining Defendant;

    WHEREAS, the Court has been informed that Plaintiff and TransUnion, LLC have reached a settlement in principle in this case. It is hereby

    **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: November 1, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE